**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

| | |
|---|---|
| **NATHAN E. CARROLL, et al., on Behalf of Themselves and All Others Similarly-Situated,**<br><br>       **Plaintiffs,**<br><br>              **vs.**<br><br>**NORTHAMPTON RESTAURANTS, INC.,**<br>       **Defendant.** | **Civil Action No. 2:21cv115** |

### JOINT MOTION FOR SETTLEMENT APPROVAL

The plaintiffs, Nathan E. Carroll and Geraldine P. Corrigan, on behalf of themselves and all others similarly-situated (hereinafter "Plaintiffs"), and the defendant Northampton Restaurants, Inc. ("Defendant"), by and through their respective counsel (together the "Parties"), jointly request that the Court enter a stipulated order approving the settlement reached between the parties in resolution of a *bona fide* dispute regarding Plaintiffs' asserted entitlement to damages for unpaid wages under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et seq*. The Parties have carefully negotiated a settlement in this action. They have agreed to resolve the disputed factual and legal issues on terms set forth in the Settlement Agreement and Release ("the "Agreement") attached hereto as Exhibit A. A proposed Order approving of the Agreement is attached hereto as Exhibit B.

In addition, the Parties have agreed to the following briefing schedule on the award of attorney's fees and costs. The Plaintiffs shall submit their Memorandum in Support of the Award for Reasonable Attorneys' Fees and Costs on or before

December 19, 2023.  The Defendant's Memorandum in Response shall be due on or before January 3, 2024.  The Plaintiffs' Reply Brief will be due on January 9, 2024.  A proposed Order reflecting this schedule is attached hereto as Exhibit C.

Respectfully submitted,

                **NATHAN A. CARROLL,**
                **GERALDINE P. CORRIGAN,**
                **On behalf of themselves and all other Similarly-Situated Former and Current Employees**

By:        **/s/**
     Christian L. Connell
     Bar No. 35009
     Counsel for the Plaintiffs
     CHRISTIAN L. CONNELL, P.C.
     555 East Main Street, Suite 1102
     Norfolk, Virginia 23510
     757.533.6500
     757.299.4770 (fax)
     Email: christian.connell@outlook.com

| | |
|---|---|
| Christian L. Connell<br>Bar No. 35009<br>Counsel for the Plaintiffs<br>CHRISTIAN L. CONNELL, P.C.<br>555 East Main Street, Suite 1102<br>Norfolk, Virginia 23510<br>757.533.6500<br>757.299.4770 (fax)<br>Email: christian.connell@outlook.com<br>Counsel for Plaintiffs | K. Reed Mayo<br>Bar No. 26601<br>Attorney for the Plaintiffs<br>REED MAYO LAW FIRM, P.C.<br>4604 Berrywood Road<br>Virginia Beach, VA 23464<br>757.621.2216 (tel)<br>757.720.3548 (fax)<br>Email: rmayo@reedmayolaw.com<br>Counsel for Plaintiffs |
| Ms. Kathleen H. Klaus<br>MI Bar No. 67207<br>MADDIN HAUSER ROTH & HELLER, P.C.<br>28400 Northwestern Hwy, 2nd Floor<br>Southfield, Michigan 48034<br>(248) 359-7520<br>KKlaus@maddinhauser.com<br>Counsel for Defendant | Mr. K. Maxwell Bernas<br>VA Bar No. 90553<br>FORDHARRISON LLP<br>271 17th Street, NW<br>Atlanta, Georgia 30363<br>(404) 888-3883<br>kmbernas@fordharrison.com<br>Counsel for Defendant |

| | |
|---|---|
| Mr. Brendan C. Horgan<br>VA Bar No. 83989<br>FORDHARRISON LLP<br>6802 Paragon Place, Suite 410<br>Richmond, VA 23230<br>(804) 373-1607<br>BHorgan@fordharrison.com<br>Counsel for Defendant | Mr. Richard H. Doummar<br>VA Bar No. 25793<br>Joel Gordon Kinney<br>VA Bar No. 87708<br>1397 Laskin Road<br>Virginia Beach, VA 23451<br>(757) 422-0061<br>rdoummar@doummar.com<br>jkinney@doummar.com<br>Counsel for Defendant |

### CERTIFICATE OF SERVICE

I hereby certify that on November 28, 2023, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

By: **/s/**
Christian L. Connell
Bar No. 35009
Counsel for Plaintiffs
CHRISTIAN L. CONNELL, P.C.
555 East Main Street, Suite 1102
Norfolk, Virginia 23510
757.533.6500
757.299.4770 (fax)
Email: christian.connell@outlook.com