IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

NATHAN E. CARROLL, et al.,

    Plaintiffs,

    v.

NORTHAMPTON RESTAURANTS, INC., et al.,

    Defendants.

Case No. 2:21-cv-115

## ORDER

The Court is in receipt of the parties' Notice of Settlement (ECF No. 136) and Joint Motion to Approve FLSA Settlement (ECF No. 137). For the reasons stated herein, the motion is **GRANTED.**

In the joint motion, the parties represent that they have voluntarily reached a settlement agreement and now seek approval from this Court. The settlement agreement (ECF No. 137-1) sets forth plaintiffs' individual recovery for unpaid wages and liquidated damages.

The agreement also addresses attorneys' fees and costs—finding that plaintiffs are "entitled to reasonable attorneys' fees to be paid by Defendant." ECF No. 137-1 at 2. The plaintiffs have informed the Court that they intend to file a "petition for attorneys' fees and costs." *Id*. They represent that their petition will address the appropriate attorneys' fees and hourly rate of counsel to which they are entitled. ECF

No. 138 at 5. The defendants have "reserve[d] their right to object to the amount of fees . . . sought by Plaintiffs." ECF No. 137-1 at 2.

The Court has reviewed the parties' joint motion, memorandum, settlement agreement, prior dispositive motions, discovery efforts, and the procedural history of the instant case in order to evaluate the reasonableness and fairness of this settlement. In doing so, the Court relied upon the principles and fairness factors set forth in *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982). Upon review of the foregoing materials and the relevant fairness factors that govern the instant case, the Court finds that the parties' settlement demonstrates a reasonable and fair resolution of a bona fide dispute under the Fair Labor Standards Act.

Accordingly, the parties' joint motion to approve the settlement (ECF No. 137) is **GRANTED.**

It is hereby **ORDERED** that this matter is **DISMISSED WITH PREJUDICE** except that the Court **RETAINS** jurisdiction to enforce the terms of the Settlement Agreement between the parties and to award attorneys' fees.

It is **FURTHER ORDERED** that the plaintiffs shall file a Motion for an Award of Attorneys' Fees and Costs on or before January 11, 2024. The defendants may file a response to the plaintiffs' on or before January 25, 2024.

The plaintiffs may file a reply, not to exceed 5 pages in length, on or before February 1, 2024.

The Clerk is **DIRECTED** to send a copy of this Order to all counsel of record.

**IT IS SO ORDERED.**

/s/ *JKW*
Jamar K. Walker
United States District Judge

Norfolk, Virginia
December 28, 2023